NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RYAN ERIC JOHNSON,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-2139

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-83, Judge Scott Laurer.

---

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(d) and to file the brief required by Federal Circuit Rule 31(d) within the time permitted, it is

2                                                      JOHNSON V. COLLINS

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 7, 2026
Date

Jarrett B. Perlow
Clerk of Court